IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>PHILIP L. HART; JON LAFFERTY, TRUSTEE OF SARAH ELIZABETH HART TRUST, et al.,<br><br>　　Defendants. | Civil No. 11-513-EJL<br><br>JUDGMENT AS TO JON LAFFERTY, TRUSTEE OF SARAH ELIZABETH HART TRUST |

　　Pursuant to the Stipulation between the plaintiff, the United States of America ("United States"), and defendant Jon Lafferty, Trustee of Sarah Elizabeth Hart Trust ("Lafferty, Trustee"), and the Court's Order approving the Stipulation, it is hereby ORDERED, ADJUDGED, and DECREED:

　　1.　With respect to the Property described in paragraph 21 of the United States' Complaint (ECF No. 1), the trustee of Sarah Elizabeth Hart Trust was not a bona fide purchaser for value without notice of the United States' claim. As a result, the transfer of the Property from Tim E. Ortega, as Trustee of White Peak Ventures, to the trustee of Sarah Elizabeth Hart Trust, must be, and hereby is, set aside with respect to the United States.

2. Jon Lafferty, Trustee of Sarah Elizabeth Hart Trust, has no interest in the real property described in paragraph 21 of the United States' Complaint. If the United States obtains an Order of Sale in this case, Lafferty, Trustee, shall not be entitled to any portion of the proceeds of the sale.

3. Since the issues between the United States and Lafferty, Trustee, have been completely resolved, the Court finds, pursuant to Federal Rule of Civil Procedure 54(b), that there is no just reason to delay the entry of this Judgment.

4. The United States and Lafferty, Trustee, shall each bear their own costs and fees.

DATED: May 2, 2012

*/s/ Edward J. Lodge*
Honorable Edward J. Lodge
U. S. District Judge