U.S. COURTS

MAY 2 9 2012

Rcvd____Filed____Time____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

May 23, 2012

United States Postal Service®
**DELIVERY CONFIRMATION**™

0311 2550 0002 3409 6999

ELIZABETH A. SMITH, CLERK
United States Courts
550 W. Fort St.
Boise, ID 83724

Dear CLERK, DISTRICT OF IDAHO;

I am willing and able to testify regarding the herewith enclosed photocopy of a writing named *"DEMURRER PURSUANT TO LACK OF STANDING AS TRUSTEE"* dated DEC 07 2011.

Sleep apnea has been added to my health issues and has worn me down rather heavily as of late. At 65 I'm not as fast as in the past 50 years. I am at a 68% greater risk of cancer than the rest of the population and am attending to that. I have no way or reason to keep up with your flow of paperwork as it has nothing to do with me, so the best I can do is:

> After review of the enclosed material (7 pieces), your property, I am herewith returning same with respect to origin, seeing that it is nothing of my business nor is it my property.

"I am willing and able to testify regarding the herewith enclosed photocopy of a writing named *"DEMURRER PURSUANT TO LACK OF STANDING AS TRUSTEE"* dated DEC 07, 2011."

You and/or your organization already knew or should have known the aforementioned writing was already received at your, and/or your organization's disclosed address, as tracked and trackable at, usps.com, mailed article numbered: 0311 2550 0002 3409 6999 via **USPS PRIORITY MAIL, DELIVERY CONFIRMATION** ™.

*DELIVERY CONFIRMATION NUMBER:*
0311 2550 0002 3409 6999

Page 1 of 2
Sent Via First Class US Mail Delivery Confirmation Tracking No.: _0311 2550 0002 3409 6999_

I am willing and able to testify regarding the herewith enclosed photocopy of a writing named *"DEMURRER PURSUANT TO LACK OF STANDING AS TRUSTEE"*, dated DEC 07, 2011. Thanking you in advance for your kind consideration.

Respectfully,

*Tim Edward Ortega*

Tim Edward Ortega,
Proud American Citizen

Enclosed as returning your property to source of origin:

1. *DEMURRER PURSUANT TO LACK OF STANDING AS TRUSTEE dated DEC 07, 2011*
2. Your paper pack and envelope dated: 12-12-2011
3. Your paper pack and envelope dated: 12-15-2011
4. Your paper pack and envelope dated: 12-29-2011
5. Your paper pack and envelope dated: 02-27-2012
6. Your paper pack and envelope dated: 04-03-2012
7. Your paper pack and envelope dated: 04-03-2012
8. Your paper pack and envelope dated: 05-02-2012

Tim E Ortega
442 River Edge Road
Jupiter, Florida 33477

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

U.S. COURTS
DEC 07 2011
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA (seemingly inadequately represented, attorney-client agreement absent), | Civil No. 11-513-N-EJL |
| V.<br>TIM E. ORTEGA,<br>Trustee of WHITE PEAK VENTURES; et. al.,<br><br>Defendant in Error | DEFENDANT IN ERROR'S<br>SPECIAL APPEARANCE;<br>DEMURRER PURSUANT TO<br>LACK OF STANDING AS TRUSTEE |

## DEMURRER PURSUANT TO LACK OF STANDING AS TRUSTEE

Comes now, Defendant in Error, states for the record that he is not an attorney and should not be considered as such. Defendant in Error invokes rights sua sponte. Defendant in Error is willing and able to testify (i) the herewith specified words are true, and (ii) Defendant in Error sent the words you now read;

1. Defendant in Error is aware of jury instructions, to wit, "That which an attorney says or does is not evidence," and Defendant in Error does not accept your proposed plaintiff attorney's (ADAM D. STRAIT) conclusions of a writing seemingly dated November 17, 2001, as completely true and correct and states that no acceptance of contract from such letter can be presumed or implied;

1

2. Defendant in Error is not a Trustee of WHITE PEAK VENTURES as there was a resignation by Defendant in Error of trustee position not long after the Trust was formed some decades distant;

3. Defendant in Error has no firsthand knowledge as to the existence of a trust aforementioned, since resignation not long after the Trust was formed some decades distant, and your proposed plaintiff attorney (ADAM D. STRAIT) has shown none and can show none since none exist to the best of knowledge and belief;

4. Defendant in Error has no firsthand knowledge as to the existence of trust records of the aforementioned trust;

5. Defendant in Error has no standing or desire to ignore his resignation as trustee, and so Defendant in Error simply elected and elects non-activity on behalf of the aforementioned trust, if the trust in question still exists;

6. Defendant in Error has no standing in the instant court and thusly has no standing to answer for the aforementioned trust or trust beneficiaries if such exist;

7. Defendant in Error has no claim to any property in Idaho state within a trust or without, disclosures of "attorney (ADAM D. STRAIT)" notwithstanding;

8. Defendant in Error has no intention now or ever to make any claim against any property associated with the aforementioned trust as he has no standing, no duty, to do so;

9. Defendant in Error has no personal or firsthand knowledge of the affairs of PHILLIP L. HART;

The most absurd premise of attorney Strait's (delaying the quick business of a proposed court), is that he apparently believes that there may be a possibility to go back in time 14 years or so, read someone's mind and determine the intent of a trustee of a trust with whom he is not acquainted and

2

never has been.  Such a *magic trick* (time travel) as Attorney Strait suggests would merit front page headlines of major newspapers and media around the world to cheer time travel, poverty eliminated as the result of time travel, and the like.  Such (implausible) words, concepts or claims may be indicative of the words of a man faced with huge gambling debts or an angry ex-wife, and the like, to frivolously pursue unknown entities so and from me, as such claims are anything but reasonable.  Perhaps accusing someone of urinating on the moon would be as sensible to prosecute.  The late Chief Justice Learned Hand reputedly offered, "A skilled prosecutor could indict a ham sandwich."  I, Defendant in Error, wish to know now if attorney "ADAM D. STRAIT" intends conspiring against me.

Demurrer to the instant complaint numbered above in the title block is respectfully presented this date, 02 December 2011, by:

                                                              TIM E. ORTEGA //ss//
                                                              _____

                                                              Defendant in Error