Case: 2:11cv513     Document(s):  50,51,52


Tim E. Ortega
442 River Edge Rd
Jupiter, FL 33477


---------------------------------------------------

THE FOLLOWING DOES NOT APPLY TO PRO SE LITIGANTS:

TO:      Members of the District Court Bar
FROM:    Elizabeth A Smith, Clerk of Court
SUBJECT: Registering for CM/ECF and Electronic Noticing

You are receiving this notice because our CM/ECF database reflects that you
have not registered for CM/ECF, or do not have an e-mail address for
electronic notices.

By Order of this Court, all members of the District Court bar were required
to register for CM/ECF by December 15, 2004. You are receiving this
notice because you may be in violation of this court order.

Please use the following address to immediately register for a CM/ECF account:

        http://www.id.uscourts.gov/cfCourt/ECF_register/RegistrationForm.cfm

If you have received a login and password for CM/ECF and are still receiving
this notice, please verify your e-mail address by clicking on Utilities,
Maintain you Account and then E-Mail Information.  Please verify that you
have specified a primary e-mail address.

After January 1, 2005 a PACER account is required to access the docket
and images.  IN ADDITION TO YOUR COURT PROVIDED ACCOUNT, this PACER account is
necessary.  Use the following address to register for a PACER account:

        http://pacer.psc.uscourts.gov

Thank you for your consideration with this matter.

MIME-Version:1.0 From:ecf@id.uscourts.gov To:CourtMail@idddb.idd.circ9.dcn Bcc: Message-Id:<1056513@id.uscourts.gov>Subject:Activity in Case 2:11-cv-00513-EJL-REB United States of America v. Hart et al Order on Motion to Strike Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Idaho (LIVE Database)Version 5.1.1

**Notice of Electronic Filing**
The following transaction was entered on 4/3/2012 at 10:57 AM MDT and filed on 4/3/2012

| | |
|---|---|
| **Case Name:** | United States of America v. Hart et al |
| **Case Number:** | 2:11-cv-00513-EJL-REB |
| **Filer:** | |
| **Document Number:** | 50 |

**Docket Text:**
**ORDER granting [35] Motion to Strike affirmative defense 5 only re [33] Answer to Complaint; Defendant Philip L. Harts Fifth Affirmative Defense is STRICKEN.. Signed by Judge Edward J. Lodge. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (dks)**

**2:11-cv-00513-EJL-REB Notice has been electronically mailed to:**
Adam D Strait    adam.d.strait@usdoj.gov, Heather.Crawford@usdoj.gov, Warren.Derbidge@usdoj.gov, Western.Taxcivil@usdoj.gov
Charles Edward McFarland    mcfarlandc@bellsouth.net
Robert R Romero , Jr    brownjusth@cdaattorneys.com
**2:11-cv-00513-EJL-REB Notice will be served by other means to:**
Tim E. Ortega
442 River Edge Rd
Jupiter, FL 33477

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1089316566 [Date=4/3/2012] [FileNumber=1056511-0]
[9f6b47e64c6562287f9e3b212d21fa3d794f5c82ecdf4aa909ab335c83301643d700
567a3d241b06f2fe243a72d13bfa386e57a9f2692cdc43dedc03a58e0974]]

MIME-Version:1.0 From:ecf@id.uscourts.gov To:CourtMail@idddb.idd.circ9.dcn Bcc:
Message-Id:<1056516@id.uscourts.gov>Subject:Activity in Case 2:11-cv-00513-EJL-REB United
States of America v. Hart et al Order on Motion to Dismiss Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## U.S. District Court

### District of Idaho (LIVE Database)Version 5.1.1

**Notice of Electronic Filing**
The following transaction was entered on 4/3/2012 at 10:58 AM MDT and filed on 4/3/2012

| | |
|---|---|
| **Case Name:** | United States of America v. Hart et al |
| **Case Number:** | 2:11-cv-00513-EJL-REB |
| **Filer:** | |
| **Document Number:** | 51 |

**Docket Text:**
**ORDER denying [39] Motion to Dismiss. Signed by Judge Edward J. Lodge. (caused to be
mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing
(NEF) by (dks)**

**2:11-cv-00513-EJL-REB Notice has been electronically mailed to:**
Adam D Strait    adam.d.strait@usdoj.gov, Heather.Crawford@usdoj.gov,
Warren.Derbidge@usdoj.gov, Western.Taxcivil@usdoj.gov
Charles Edward McFarland    mcfarlandc@bellsouth.net
Robert R Romero , Jr    brownjusth@cdaattorneys.com
**2:11-cv-00513-EJL-REB Notice will be served by other means to:**
Tim E. Ortega
442 River Edge Rd
Jupiter, FL 33477

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1089316566 [Date=4/3/2012] [FileNumber=1056514-0]
[0747ce41d500b780b5f60385229275370d4ef44ba4b9942607b53a5f2d5b13ae76a5
00efe37377effb4c617d59f21516777b8b08b136747b1ca7446bdc41335e]]

MIME-Version:1.0 From:ecf@id.uscourts.gov To:CourtMail@idddb.idd.circ9.dcn Bcc:
Message-Id:<1056519@id.uscourts.gov>Subject:Activity in Case 2:11-cv-00513-EJL-REB United
States of America v. Hart et al Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Idaho (LIVE Database)Version 5.1.1**

**Notice of Electronic Filing**

The following transaction was entered on 4/3/2012 at 11:03 AM MDT and filed on 4/3/2012

| | |
|---|---|
| **Case Name:** | United States of America v. Hart et al |
| **Case Number:** | 2:11-cv-00513-EJL-REB |
| **Filer:** | |
| **Document Number:** | 52 |

**Docket Text:**
**ORDER denying [46] First MOTION for Extension of Time to Complete Discovery filed by
John Doe, denying [47] First MOTION for Extension of Time to Complete Discovery *by Hart*
filed by Philip Hart, (Final Discovery due by 6/4/2012., Motions due by 7/2/2012., Jury Trial set
for 11/5/2012 09:30 AM in Coeur d Alene - District Courtroom before Judge Edward J. Lodge.),
The referral to United States Magistrate Judge Ronald E. Bush is withdrawn. The deadlines set
in the original Scheduling Order regarding disclosure of experts and ADR remain the same as
directed in that Order. (Dkt. 37.). Signed by Judge Edward J. Lodge. (caused to be mailed to non
Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (dks)**

**2:11-cv-00513-EJL-REB Notice has been electronically mailed to:**
Adam D Strait    adam.d.strait@usdoj.gov, Heather.Crawford@usdoj.gov,
Warren.Derbidge@usdoj.gov, Western.Taxcivil@usdoj.gov
Charles Edward McFarland    mcfarlandc@bellsouth.net
Robert R Romero , Jr    brownjusth@cdaattorneys.com
**2:11-cv-00513-EJL-REB Notice will be served by other means to:**
Tim E. Ortega
442 River Edge Rd
Jupiter, FL 33477

The following document(s) are associated with this transaction:

Case: 2:11cv513      Document(s):  27

Tim E. Ortega
442 River Edge Rd
Jupiter, FL 33477

-----------------------------------------------------

THE FOLLOWING DOES NOT APPLY TO PRO SE LITIGANTS:

TO:       Members of the District Court Bar
FROM:     Elizabeth A Smith, Clerk of Court
SUBJECT:  Registering for CM/ECF and Electronic Noticing

You are receiving this notice because our CM/ECF database reflects that you
have not registered for CM/ECF, or do not have an e-mail address for
electronic notices.

By Order of this Court, all members of the District Court bar were required
to register for CM/ECF by December 15, 2004. You are receiving this
notice because you may be in violation of this court order.

Please use the following address to immediately register for a CM/ECF account:

        http://www.id.uscourts.gov/cfCourt/ECF_register/RegistrationForm.cfm

If you have received a login and password for CM/ECF and are still receiving
this notice, please verify your e-mail address by clicking on Utilities,
Maintain you Account and then E-Mail Information.  Please verify that you
have specified a primary e-mail address.

After January 1, 2005 a PACER account is required to access the docket
and images.  IN ADDITION TO YOUR COURT PROVIDED ACCOUNT, this PACER account is
necessary.  Use the following address to register for a PACER account:

        http://pacer.psc.uscourts.gov

Thank you for your consideration with this matter.

MIME-Version:1.0 From:ecf@id.uscourts.gov To:CourtMail@idddb.idd.circ9.dcn Bcc: Message-Id:<1016119@id.uscourts.gov>Subject:Activity in Case 2:11-cv-00513-EJL United States of America v. Hart et al Order on Motion for Pro Hac Vice Appearance Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Idaho (LIVE Database)Version 4.0.3

**Notice of Electronic Filing**
The following transaction was entered on 12/12/2011 at 10:02 AM MST and filed on 12/12/2011

| | |
|---|---|
| **Case Name:** | United States of America v. Hart et al |
| **Case Number:** | 2:11-cv-00513-EJL |
| **Filer:** | |
| **Document Number:** | 27(No document attached) |

**Docket Text:**
**DOCKET ENTRY ORDER granting [26] Application for Pro Hac Vice Appearance of attorney Charles E McFarland for Philip Hart Per General Order 206, out-of-state counsel shall immediately register for ECF. (Notice sent to CM/ECF Registration Clerk) (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by dks)**

**2:11-cv-00513-EJL Notice has been electronically mailed to:**
Adam D Strait    adam.d.strait@usdoj.gov, Warren.Derbidge@usdoj.gov, Western.Taxcivil@usdoj.gov
Robert R Romero , Jr    brownjusth@cdaattorneys.com
**2:11-cv-00513-EJL Notice will be served by other means to:**
Charles E McFarland
338 Jackson Rd.
New Castle, KY 40050
Philip Hart
2900 Government Wy, Suite 262
Coeur d'Alene, ID 83815
Tim E. Ortega
442 River Edge Rd
Jupiter, FL 33477

Case: 2:11cv513     Document(s):  28

Tim E. Ortega
442 River Edge Rd
Jupiter, FL 33477

-------------------------------------------------------

THE FOLLOWING DOES NOT APPLY TO PRO SE LITIGANTS:

TO:      Members of the District Court Bar
FROM:    Elizabeth A Smith, Clerk of Court
SUBJECT: Registering for CM/ECF and Electronic Noticing

You are receiving this notice because our CM/ECF database reflects that you
have not registered for CM/ECF, or do not have an e-mail address for
electronic notices.

By Order of this Court, all members of the District Court bar were required
to register for CM/ECF by December 15, 2004. You are receiving this
notice because you may be in violation of this court order.

Please use the following address to immediately register for a CM/ECF account:

        http://www.id.uscourts.gov/cfCourt/ECF_register/RegistrationForm.cfm

If you have received a login and password for CM/ECF and are still receiving
this notice, please verify your e-mail address by clicking on Utilities,
Maintain you Account and then E-Mail Information.  Please verify that you
have specified a primary e-mail address.

After January 1, 2005 a PACER account is required to access the docket
and images.  IN ADDITION TO YOUR COURT PROVIDED ACCOUNT, this PACER account is
necessary.  Use the following address to register for a PACER account:

        http://pacer.psc.uscourts.gov

Thank you for your consideration with this matter.

MIME-Version:1.0 From:ecf@id.uscourts.gov To:CourtMail@idddb.idd.circ9.dcn Bcc:
Message-Id:<1017986@id.uscourts.gov>Subject:Activity in Case 2:11-cv-00513-EJL United States of
America v. Hart et al Order on Motion for Service Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Idaho (LIVE Database)Version 4.0.3

**Notice of Electronic Filing**
The following transaction was entered on 12/15/2011 at 2:25 PM MST and filed on 12/15/2011

| | |
|---|---|
| **Case Name:** | United States of America v. Hart et al |
| **Case Number:** | 2:11-cv-00513-EJL |
| **Filer:** | |
| **Document Number:** | 28 |

**Docket Text:**
**ORDER granting [15] Motion for permission to serve John Doe, Trustee, by publication and
mail. Signed by Judge Edward J. Lodge. (caused to be mailed to non Registered Participants at
the addresses listed on the Notice of Electronic Filing (NEF) by dks)**

**2:11-cv-00513-EJL Notice has been electronically mailed to:**
Adam D Strait     adam.d.strait@usdoj.gov, Warren.Derbidge@usdoj.gov,
Western.Taxcivil@usdoj.gov
Robert R Romero , Jr     brownjusth@cdaattorneys.com
**2:11-cv-00513-EJL Notice will be served by other means to:**
Charles E McFarland
338 Jackson Rd.
New Castle, KY 40050
Tim E. Ortega
442 River Edge Rd
Jupiter, FL 33477

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1089316566 [Date=12/15/2011] [FileNumber=1017984-
0] [6e1943b5f216435d27c604d7768114e6460f7b11e99b7fc9bcaf7498eec2ce63ff
7dde8b63fa24ae939fc30d25bb36424c346ec27abc8f92ae630bbc0ce299be]]

Case: 2:11cv513        Document(s):  31, 32

Tim E. Ortega
442 River Edge Rd
Jupiter, FL 33477

------------------------------------------------------

THE FOLLOWING DOES NOT APPLY TO PRO SE LITIGANTS:

TO:       Members of the District Court Bar
FROM:     Elizabeth A Smith, Clerk of Court
SUBJECT:  Registering for CM/ECF and Electronic Noticing

You are receiving this notice because our CM/ECF database reflects that you
have not registered for CM/ECF, or do not have an e-mail address for
electronic notices.

By Order of this Court, all members of the District Court bar were required
to register for CM/ECF by December 15, 2004. You are receiving this
notice because you may be in violation of this court order.

Please use the following address to immediately register for a CM/ECF account:

       http://www.id.uscourts.gov/cfCourt/ECF_register/RegistrationForm.cfm

If you have received a login and password for CM/ECF and are still receiving
this notice, please verify your e-mail address by clicking on Utilities,
Maintain you Account and then E-Mail Information.  Please verify that you
have specified a primary e-mail address.

After January 1, 2005 a PACER account is required to access the docket
and images.  IN ADDITION TO YOUR COURT PROVIDED ACCOUNT, this PACER account is
necessary.  Use the following address to register for a PACER account:

       http://pacer.psc.uscourts.gov

Thank you for your consideration with this matter.

MIME-Version:1.0 From:ecf@id.uscourts.gov To:CourtMail@idddb.idd.circ9.dcn Bcc:
Message-Id:<1021995@id.uscourts.gov>Subject:Activity in Case 2:11-cv-00513-EJL United States of
America v. Hart et al Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Idaho (LIVE Database)Version 4.0.3

**Notice of Electronic Filing**
The following transaction was entered on 12/29/2011 at 11:50 AM MST and filed on 12/29/2011

| | |
|---|---|
| **Case Name:** | United States of America v. Hart et al |
| **Case Number:** | 2:11-cv-00513-EJL |
| **Filer:** | |
| **Document Number:** | 31 |

**Docket Text:**
**ORDER Approving [29] Stipulation, filed by United States of America. Signed by Judge Edward
J. Lodge. (caused to be mailed to non Registered Participants at the addresses listed on the
Notice of Electronic Filing (NEF) by dmc)**

**2:11-cv-00513-EJL Notice has been electronically mailed to:**
Adam D Strait     adam.d.strait@usdoj.gov, Warren.Derbidge@usdoj.gov,
Western.Taxcivil@usdoj.gov
Charles Edward McFarland     mcfarlandc@bellsouth.net
Robert R Romero , Jr     brownjusth@cdaattorneys.com
**2:11-cv-00513-EJL Notice will be served by other means to:**
Tim E. Ortega
442 River Edge Rd
Jupiter, FL 33477

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1089316566 [Date=12/29/2011] [FileNumber=1021993-
0] [0555f802a6d0001c4a72d9eae8ae0f57348e440b2aa87186b5acfc9a4420b81fe1
f39af45205a6df4c0829cc027b18dc8b8fa062446e49c148b277c5d3d8bf21]]

MIME-Version:1.0 From:ecf@id.uscourts.gov To:CourtMail@idddb.idd.circ9.dcn Bcc:
Message-Id:<1021998@id.uscourts.gov>Subject:Activity in Case 2:11-cv-00513-EJL United States of
America v. Hart et al Judgment Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Idaho (LIVE Database)Version 4.0.3

**Notice of Electronic Filing**
The following transaction was entered on 12/29/2011 at 11:58 AM MST and filed on 12/29/2011

| | |
|---|---|
| **Case Name:** | United States of America v. Hart et al |
| **Case Number:** | 2:11-cv-00513-EJL |
| **Filer:** | |
| **Document Number:** | 32 |

**Docket Text:**
**JUDGMENT as to Northern Rockies Corporation. Northern Rockies Corporation terminated.
The United States and Northern Rockies shall each bear their own costs and fees. Signed by
Judge Edward J. Lodge. (caused to be mailed to non Registered Participants at the addresses
listed on the Notice of Electronic Filing (NEF) by dmc)**

**2:11-cv-00513-EJL Notice has been electronically mailed to:**
Adam D Strait    adam.d.strait@usdoj.gov, Warren.Derbidge@usdoj.gov,
Western.Taxcivil@usdoj.gov
Charles Edward McFarland    mcfarlandc@bellsouth.net
Robert R Romero , Jr    brownjusth@cdaattorneys.com
**2:11-cv-00513-EJL Notice will be served by other means to:**
Tim E. Ortega
442 River Edge Rd
Jupiter, FL 33477

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1089316566 [Date=12/29/2011] [FileNumber=1021996-
0] [a0327cafe0d3606bb76b8d08062e9580e36bd4f19643e7c613e40b6e0e87b4cc9f
a0522bbbe73e3d43cf21e3b79926a070d746a01341659343925ed05f1712be]]

U S District Court
District of Idaho
550 W Fort St.
Boise, ID 83724

February 27, 2012

Tim E. Ortega
442 River Edge Rd.
Jupiter, FL 33477

In Re: CV 11-00513-N-EJL
       USA v Hart, et al

Dear Mr. Ortega,

This letter is being sent pursuant to General Order 237.  It is a reminder that the court has not
received your completed form in response to the Notice of Availability
regarding consent to United States Magistrate Judge.

Attached is another form.   As provided in the Local Rule 73.1, your opportunity to consent will
expire if we do not receive your consent by 3/9/12.

Sincerely,


Darlene Smith
Deputy Clerk

Attachment

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO
### (For Cases Initially Assigned to District Judge)

|  |  |  |
|---|---|---|
| United States of America | ) | |
| Plaintiff, | ) | Case No. 2:11–cv–00513–EJL |
| | ) | |
| | ) | |
| vs. | ) | **NOTICE OF AVAILABILITY OF A** |
| | ) | **UNITED STATES MAGISTRATE** |
| | ) | **JUDGE AND CONSENT FORM** |
| Philip Hart | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

In accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and District of Idaho General Order No. 237, you are notified that a United States Magistrate Judge of this District Court is available to exercise the Courts jurisdiction and to conduct any or all proceedings in this case, including a jury or non–jury trial, and entry of a final judgment. Exercise of this jurisdiction by a United States Magistrate Judge is available only if all parties file a written consent, a copy of which is included in this notice.

To ensure the efficient handling of this case, counsel who desire to consent to the assignment of this case to a Magistrate Judge should return this form within 60 days of receipt to the Clerk of Court in .pdf format to consents@id.uscourts.gov. The parties also may file a joint consent, similar to a stipulation, before or after receiving this Notice. If you are a pro se litigant, you may mail this form to the following address: U.S. District Court, 550 W. Fort St. Room 400, Boise, ID 83724. The Clerk of Court will take reasonable steps to ensure voluntariness and confidentiality of the consent process. Any party may, without adverse substantive consequences, withhold consent, which will require that a District Judge enter all final orders in the case. The Clerk of Court will keep custody of all consent to proceed forms under seal until it is determined whether all parties have consented to proceed before a Magistrate Judge. If consents are not received from all parties, the case will remain with the District Judge. If all parties decide to consent to have the case reassigned to a Magistrate Judge after the Rule 16.1 scheduling conference, the District Judge may decide not to permit reassignment if it would not be an appropriate use of judicial resources.

An appeal from a judgment entered by a United States Magistrate Judge will be directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of this District Court. 28 U.S.C. § 636(c); Fed.R.Civ.P. 73.

### CONSENT TO THE EXERCISE OF JURISDICTION
### BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the undersigned party to this case consents to have a United States Magistrate Judge conduct any and all proceedings in this case, including the trial, and order the entry of a final judgment.

| Party Represented | Signature | Date |
|---|---|---|
| | | |

## THE CONSENT PROCESS: WHAT IS IT?

In accordance with 28 U.S.C. § 636(c), FRCP 73, and Local Rule 73.1, a Magistrate Judge is available to preside over all aspects of this case, including the jurisdictional authority to:

- Schedule, hear, and decide all dispositive and non–dispositive matters;
- Schedule, hear, and decide all interlocutory matters;
- Conduct jury or non–jury trials;
- Enter final orders and judgment; and
- Decide all post–trial motions.

Appeals from any final order or judgment entered by a Magistrate Judge are directly to the United States Court of Appeals for the Ninth Circuit. See 28 U.S.C. § 636(c)(3); Fed. R. Civ. P. 73(c). However, a Magistrate Judges exercise of this jurisdiction is permitted only if all parties voluntarily consent.

### How Does It Benefit Me?

Speedy trial rights in felony criminal cases require the Districts two District Judges to give priority to trying those cases, sometimes requiring that civil trial dates be moved. Magistrate Judges do not preside over felony criminal trials. As a result, a Magistrate Judges trial docket is generally less crowded than those of the District Judges.

Magistrate Judges usually are able to provide earlier and firmer dates for both hearings and trials than might otherwise be possible by a District Judge. Because this District is very busy and the criminal docket is growing rapidly, consenting to proceed before a Magistrate Judge often means your civil case will be resolved more quickly than if before a District Judge.

Additionally, even if parties do not consent, the District Judge to whom the matter is assigned may nonetheless refer all pre–trial proceedings to a Magistrate Judge pursuant to 28 U.S.C. § 636(b), FRCP 73, and Local Rule 72.1. For any dispositive matters so referred, the Magistrate Judge will enter a Report and Recommendation for the District Judges consideration. At that point, the review process by a District Judge generally takes 60 days. Thus, by consenting to Magistrate Judge jurisdiction at the outset, the parties also can avoid the delays and expense of this review process, while still preserving their appeal rights.

### How Do I Consent?

After the case is filed, the Clerk of the Court will send the appropriate notice and consent form as provided by the General Order. The consent form affords each party an initial opportunity to consent to having a Magistrate Judge assume complete jurisdiction over the case, including trial and entry of judgment. Each party should make a decision whether to consent to or decline Magistrate Judge jurisdiction as soon as possible. The parties may also file a joint consent, similar to a stipulation, at any time.

You may, without adverse substantive consequences, withhold your consent, which would preclude Magistrate Judge jurisdiction. If any party withholds consent, the identity of the parties consenting and/or withholding consent will not be communicated to any Judge.

---

1. This insert is for information purposes only and is not intended to supersede the applicable rules, including General Order No. 237, addressing the consent process.

Case: 2:11cv513      Document(s): 55,56

Tim E. Ortega
442 River Edge Rd
Jupiter, FL 33477

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     THE FOLLOWING DOES NOT APPLY TO PRO SE LITIGANTS:

TO:       Members of the District Court Bar
FROM:     Elizabeth A Smith, Clerk of Court
SUBJECT:  Registering for CM/ECF and Electronic Noticing

You are receiving this notice because our CM/ECF database reflects that you
have not registered for CM/ECF, or do not have an e-mail address for
electronic notices.

By Order of this Court, all members of the District Court bar were required
to register for CM/ECF by December 15, 2004. You are receiving this
notice because you may be in violation of this court order.

Please use the following address to immediately register for a CM/ECF account:

 http://www.id.uscourts.gov/cfCourt/ECF_register/RegistrationForm.cfm

If you have received a login and password for CM/ECF and are still receiving
this notice, please verify your e-mail address by clicking on Utilities,
Maintain you Account and then E-Mail Information.  Please verify that you
have specified a primary e-mail address.

After January 1, 2005 a PACER account is required to access the docket
and images.  IN ADDITION TO YOUR COURT PROVIDED ACCOUNT, this PACER account is
necessary.  Use the following address to register for a PACER account:

 http://pacer.psc.uscourts.gov

Thank you for your consideration with this matter.

MIME-Version:1.0 From:ecf@id.uscourts.gov To:CourtMail@idddb.idd.circ9.dcn Bcc:
Message-Id:<1067195@id.uscourts.gov>Subject:Activity in Case 2:11-cv-00513-EJL United States of
America v. Hart et al Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Idaho (LIVE Database)Version 5.1.1**

**Notice of Electronic Filing**

The following transaction was entered on 5/2/2012 at 2:34 PM MDT and filed on 5/2/2012

| | |
|---|---|
| **Case Name:** | United States of America v. Hart et al |
| **Case Number:** | 2:11-cv-00513-EJL |
| **Filer:** | |
| **Document Number:** | 55 |

**Docket Text:**
**ORDER approving [54] Stipulation between United States and Jon Laffery, Trustee of Sarah
Elizabeth Hart Trust, and conse to judgment by Lafferty, Trustee, filed by United States of
America. Signed by Judge Edward J. Lodge. (caused to be mailed to non Registered Participants
at the addresses listed on the Notice of Electronic Filing (NEF) by (dks)**

**2:11-cv-00513-EJL Notice has been electronically mailed to:**
Adam D Strait    adam.d.strait@usdoj.gov, Heather.Crawford@usdoj.gov,
Warren.Derbidge@usdoj.gov, Western.Taxcivil@usdoj.gov
Charles Edward McFarland    mcfarlandc@bellsouth.net
Robert R Romero , Jr    brownjusth@cdaattorneys.com
**2:11-cv-00513-EJL Notice will be served by other means to:**
Tim E. Ortega
442 River Edge Rd
Jupiter, FL 33477

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1089316566 [Date=5/2/2012] [FileNumber=1067193-0]
[70c02dddad47170876c4e4545e684a7efed54143f66b7e22cdb2ec863dc716363aa9
46dcc659f6f6f67b2e2e78cc01db3a0c5420dcf9bc54eebc89f4df200a8c]]

MIME-Version:1.0 From:ecf@id.uscourts.gov To:CourtMail@idddb.idd.circ9.dcn Bcc:
Message-Id:<1067201@id.uscourts.gov>Subject:Activity in Case 2:11-cv-00513-EJL United States of
America v. Hart et al Judgment Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Idaho (LIVE Database)Version 5.1.1

**Notice of Electronic Filing**
The following transaction was entered on 5/2/2012 at 2:37 PM MDT and filed on 5/2/2012

| | |
|---|---|
| **Case Name:** | United States of America v. Hart et al |
| **Case Number:** | 2:11-cv-00513-EJL |
| **Filer:** | |
| **Document Number:** | 56 |

**Docket Text:**
**JUDGMENT AS TO JON LAFFERTY, TRUSTEE OF SARAH ELIZABETH HART TRUST.
Signed by Judge Edward J. Lodge. (caused to be mailed to non Registered Participants at the
addresses listed on the Notice of Electronic Filing (NEF) by (dks)**

**2:11-cv-00513-EJL Notice has been electronically mailed to:**
Adam D Strait    adam.d.strait@usdoj.gov, Heather.Crawford@usdoj.gov,
Warren.Derbidge@usdoj.gov, Western.Taxcivil@usdoj.gov
Charles Edward McFarland    mcfarlandc@bellsouth.net
Robert R Romero , Jr    brownjusth@cdaattorneys.com
**2:11-cv-00513-EJL Notice will be served by other means to:**
Tim E. Ortega
442 River Edge Rd
Jupiter, FL 33477

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1089316566 [Date=5/2/2012] [FileNumber=1067199-0]
[7955b71bc6f5cfc4be6bea0d7a691132d04ffd78f15af64fe394fbd826b460a1936e
d3962cdae9c427c1d04638ca78de3e17dbdeb2eeaeadd7250c21a3de5e88]]

Case: 2:11cv513      Document(s):  53

Tim E. Ortega
442 River Edge Rd
Jupiter, FL 33477

------------------------------------------------------

THE FOLLOWING DOES NOT APPLY TO PRO SE LITIGANTS:

TO:       Members of the District Court Bar
FROM:     Elizabeth A Smith, Clerk of Court
SUBJECT:  Registering for CM/ECF and Electronic Noticing

You are receiving this notice because our CM/ECF database reflects that you
have not registered for CM/ECF, or do not have an e-mail address for
electronic notices.

By Order of this Court, all members of the District Court bar were required
to register for CM/ECF by December 15, 2004. You are receiving this
notice because you may be in violation of this court order.

Please use the following address to immediately register for a CM/ECF account:

        http://www.id.uscourts.gov/cfCourt/ECF_register/RegistrationForm.cfm

If you have received a login and password for CM/ECF and are still receiving
this notice, please verify your e-mail address by clicking on Utilities,
Maintain you Account and then E-Mail Information.  Please verify that you
have specified a primary e-mail address.

After January 1, 2005 a PACER account is required to access the docket
and images.  IN ADDITION TO YOUR COURT PROVIDED ACCOUNT, this PACER account is
necessary.  Use the following address to register for a PACER account:

        http://pacer.psc.uscourts.gov

Thank you for your consideration with this matter.

MIME-Version:1.0 From:ecf@id.uscourts.gov To:CourtMail@idddb.idd.circ9.dcn Bcc:
Message-Id:<1056775@id.uscourts.gov>Subject:Activity in Case 2:11-cv-00513-EJL United States of
America v. Hart et al Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Idaho (LIVE Database)Version 5.1.1**

**Notice of Electronic Filing**

The following transaction was entered on 4/3/2012 at 3:00 PM MDT and filed on 4/3/2012

| | |
|---|---|
| **Case Name:** | United States of America v. Hart et al |
| **Case Number:** | 2:11-cv-00513-EJL |
| **Filer:** | |
| **Document Number:** | 53 |

**Docket Text:**
**AMENDED ORDER re [52] Order ( Jury Trial et for 11/6/2012 09:30 AM in Coeur d Alene -
District Courtroom before Judge Edward J. Lodge.). Signed by Judge Edward J. Lodge. (caused
to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic
Filing (NEF) by (dks)**

**2:11-cv-00513-EJL Notice has been electronically mailed to:**
Adam D Strait    adam.d.strait@usdoj.gov, Heather.Crawford@usdoj.gov,
Warren.Derbidge@usdoj.gov, Western.Taxcivil@usdoj.gov
Charles Edward McFarland    mcfarlandc@bellsouth.net
Robert R Romero , Jr    brownjusth@cdaattorneys.com
**2:11-cv-00513-EJL Notice will be served by other means to:**
Tim E. Ortega
442 River Edge Rd
Jupiter, FL 33477

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1089316566 [Date=4/3/2012] [FileNumber=1056773-0]
[22bdcc5f60a2e95d65d5b480b14a2b48bddf802d5e075fbd68659c8a16de44b5bbf9
704d5345deaa1cf7e31b8c42456c6f995a136199ea7aee5701fbb150956b]]