KATHRYN KENEALLY
Assistant Attorney General

ADAM D. STRAIT
Mass. BBO No. 670484
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-2135
Facsimile: (202) 307-0054
adam.d.strait@usdoj.gov

WENDY J. OLSON
United States Attorney
District of Idaho
*Of Counsel*

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 11-513-EJL |
| Plaintiff, | THIRD JOINT STATUS REPORT ON SETTLEMENT DISCUSSIONS |
| v. | |
| PHILIP L. HART, et al., | |
| Defendants. | |

Pursuant to the Court's March 31, 2014 minute order (ECF No. 118), the United States and Philip Hart respectfully submit the following status report.

The parties held a settlement conference on December 16, 2013.  At the close of the settlement conference, the parties put an agreement on the record.  However, the parties were for some time unable to reduce one aspect of their agreement to writing.  The parties continued

negotiating and held a followup telephone settlement conference with Judge Dale on April 17, 2014.  (*See* ECF No. 121.)

The parties believe that with Judge Dale's assistance, they have resolved the remaining issues.  On Monday, April 21, 2014, the United States sent a draft of the settlement agreement to Mr. Hart's counsel.  Mr. Hart has not yet signed the draft and returned it to the United States.  Once he does so, the United States will formally consider and act on the settlement.

Accordingly, the United States and Mr. Hart respectfully request permission to file a further Joint Status Report and/or final settlement documents no later than May 12, 2014.

Respectfully submitted this 28th day of April, 2014.

| | |
|---|---|
| KATHRYN KENEALLY<br>Assistant Attorney General<br>U.S. Department of Justice, Tax Division<br><br> /s/ Adam Strait<br>ADAM D. STRAIT<br>Mass. BBO No. 670484<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683, Ben Franklin Station<br>Washington, D.C.  20044-0683<br>Telephone: (202) 307-2135<br>Facsimile: (202) 307-0054<br>adam.d.strait@usdoj.gov | /s/ Charles E. McFarland [by permission]<br>CHARLES E. MCFARLAND<br>Attorney at Law<br>Ohio Bar #0031808<br>338 Jackson Rd.<br>New Castle, Kentucky 40050<br>Phone and Fax: (502) 845-2754<br>mcfarlandc@bellsouth.net<br><br>Counsel for Philip L. Hart |

WENDY J. OLSON
United States Attorney
District of Idaho
*Of Counsel*

Attorneys for the United States

3d Joint Status Report on Settlement Discussions
Page 2

11388963.1

## CERTIFICATE OF SERVICE

I, Adam Strait, the undersigned, hereby certify that on April 28, 2014, I filed the foregoing Status Report with the Clerk of this Court through the Court's CM/ECF system. I further certify that on the same date, I served a true and complete copy of the same document(s) on Charles E. McFarland and Robert R. Romero, Jr., attorneys for Philip Hart, through the Court's CM/ECF system. I further certify that on the same date, I served a true and complete copy of the same document(s) by first-class mail, postage prepaid, on the following persons at the following addresses:

>   Tim E. Ortega
>   442 River Edge Road
>   Jupiter, FL 33477

I further certify that on April 28, 2014, I served a true and complete copy of the same .pdf that I filed with the Clerk of Court on Brant Stevens, attorney for Mr. Hart in his bankruptcy proceeding, by email to brantstevens2010@gmail.com.

Respectfully submitted this 28th day of April, 2014.

>   /s/ Adam Strait
>   ADAM D. STRAIT
>   Mass. BBO No. 670484
>   Trial Attorney, Tax Division
>   U.S. Department of Justice
>   P.O. Box 683, Ben Franklin Station
>   Washington, D.C.  20044-0683
>   Telephone: (202) 307-2135
>   Facsimile: (202) 307-0054
>   adam.d.strait@usdoj.gov